Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
M. Douglas Flahaut (SBN 245558)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: ordubegian.aram@arentfox.com
kong.andy@arentfox.com
flahaut.douglas@arentfox.com

*Proposed* General Bankruptcy and Restructuring Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WILD GAME NG, LLC, d/b/a Siena Hotel Spa & Casino,<br><br>Debtor. | Case No. 4:10-bk-48272-RJN<br><br>Chapter 11<br><br>**JOINDER OF WILD GAME NG, LLC TO HI-FIVE ENTERPRISES, LLC'S EMERGENCY "FIRST DAY" MOTIONS**<br><br>**Hearing**<br><br>DATE: July 28, 2010<br>TIME: 11: 30 AM<br>PLACE: 1300 Clay Street, Courtroom 220<br>Oakland, CA 94612 |

**TO THE HONORABLE RANDALL J. NEWSOME; THE OFFICE OF THE U.S. TRUSTEE; THE DEBTORS' SECURED LENDER; THE DEBTORS' 20 LARGEST UNSECURED CREDITORS; AND ALL PARTIES ENTITLED TO SPECIAL NOTICE:**

///

Joinder of Wild Game Ng, LLC — - 1 - — CASE NO. 4:10-BK-48272-RJN

Wild Game Ng, LLC ("Wild Game") hereby joins in and incorporates by reference the following emergency "first-day" pleadings and motions (collectively, the "First Day Motions"), all of which were filed concurrently herewith by Hi-Five Enterprises, LLC, in its related chapter 11 case pending before this Court:

1. The *Emergency Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) and Local Bankruptcy Rule 1015-1(b)* (the "Joint Administration Motion");

2. The *Emergency Motion for Order Permitting Debtors to Honor Hotel Room and other Customer Deposits and to Honor Travel Agent Commissions* (the "Hotel Room Motion");

3. The *Emergency Motion for Order Authorizing the Debtors to Honor Casino Chips and other Gaming Liabilities* (the "Casino Chips Motion"); and

4. The *Emergency Motion of Debtors for Authority to Use Cash Collateral on an Interim Basis Pending a Final Hearing* (the "Cash Collateral Motion").

The First Day Motions and all supporting papers are incorporated herein by this reference. By this joinder, Wild Game respectfully requests that, to the extent applicable, the relief requested in the First Day Motions be granted not only in Hi-Fives's chapter 11 case, but in Wild Game's chapter 11 case as well.

Dated: July 27, 2010          **ARENT FOX LLP**

By: /s/ *Aram Ordubegian*
Aram Ordubegian
Andy S. Kong
M. Douglas Flahaut
*Proposed* Attorneys for the
Debtors and Debtors in Possession

| In re: **Wild Game NG, LLC dba Siena Hotel Spa and Casino** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 4:10-bk-48272 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document described <u>JOINDER OF WILD GAME NG, LLC TO HI-FIVE ENTERPRISES, LLC'S EMERGENCY "FIRST DAY" MOTIONS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.** <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>July 27, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.** <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u>(indicate method for each person or entity served)**:**
On <u>July 27, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

☒ Service information continued on attached page

**III.** <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**</u> (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>July 27, 2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**SERVED BY EMAIL:**

<u>Attorneys for RE Reno LLC</u>
Jeffrey C. Krause - JKrause@Stutman.com
Eve H. Karasik - ekarasik@stutman.com
Eric D. Goldberg - gjones@stutman.com

Randy Merritt
RMerritt@LathropGage.com

Lynette Kelly
Office of the U.S. Trustee
lynette.c.kelly@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 2010 | SIMONA FILIP | /s/ Simona Filip |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

ADDITIONAL SERVICE INFORMATION

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") :**

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com

**II. SERVED BY U.S. MAIL:**

Lynette Kelly
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

20 LARGEST CREDITORS OF HI-FIVE ENTERPRISES, LLC:

Barney Ng
201 Lafayette Circle 2nd Fl
Lafayette, CA 94549-0000

20 LARGEST CREDITORS OF ONE SOUTH LAKE STREET, LLC:

RE Reno LLC
201 Lafayette Circle 2nd Fl
Lafayette, CA 94549

Attorneys for RE Reno LLC
Jeffrey C. Krause
Eve H. Karasik
Eric D. Goldberg
Stutman Treister & Glatt
1901 Ave of the Stars, 12 Fl
Los Angeles, CA 90067

20 LARGEST CREDITORS OF WILD GAME NG, LLC :

ARISTOCRAT/COFACE COLLECTION
PO Box 8510
Metairie, LA 70011-8510

ATRONIC AMERICAS LLC
PO Box 49008
San Jose, CA 95161

BAKEMARK
5455 Louie Lane
Reno, NV 89511

BALLY TECHNOLOGIES INC
Lockbox 749335
Los Angeles, CA 90074

CITY OF RENO
Business License Renewals
PO Box 7
Reno, NV 89505

COSTCO
2200 Harvard Way
Reno, NV 89502

DE LAGE LANDEN FINANCIAL SERV
REF NO 000000000379545
PO Box 41601
Philadelphia, PA 19101-1601

GRANT THORNTON LLP
PO Box 51552
Los Angeles, CA 90051-5852

IGT
9295 PROTOTYPE DR
ATTN Linda Rocconi-Credit Dpt
Reno, NV 89521

KONAMI GAMING INC
Lockbox Address
Dept 8401
Los Angeles, CA 90084-8401

LATHROP & GAGE LLP
1888 Century Park E., Ste 1000
Los Angeles, CA 90067

NV ENERGY
FINANCE - A/P
6226 W Sahara Ave Ms11
Las Vegas, NV 89151

| In re: **Wild Game NG, LLC dba Siena Hotel Spa and Casino** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 4:10-bk-48272 |

PALTRONICS INC
1145 Paltronics Court
Crystal Lake, IL 60014

RENO-SPARKS CONV and VISITOR-WL
Finance Department
PO BOX 837
Reno, NV 89504-0837

SAM S CLUB/ GE MONEY BANK
13809 Research Blvd Suite 800
Austin, TX 78750

SPILLANE SHAEFFER ARONOFF and BANDLOW LLP
1888 Century Park E., Ste 1000
Los Angeles, CA 90067

SYSCO FOOD SERVICE OF SACRAMENTO
PO Box 138007
Sacramento, CA 95813

U1 GAMING
55 TIMBERLINE DRIVE
SUITE 6
Bozeman, MT 59718

WALTER NG
201 Lafayette Circle 2nd Fl
Lafayette, CA 94549

SECURED CREDITORS OF WILD GAME NG, LLC :

IGT
9295 PROTOTYPE DR
Reno, NV 89521

KONAMI GAMING, INC.
585 Trade Center Drive
Las Vegas, NV 89118

RAYMOND LEASING CORPORATION
P.O. Box 130
Greene, NY 13778

| In re: **Wild Game NG, LLC dba Siena Hotel Spa and Casino** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 4:10-bk-48272 |

PDS GAMING CORPORATION-NEVADA
6280 Annie Oakley Drive
Las Vegas, NV 89120-391

WELLS FARGO BANK, NATIONAL ASSOCIATION
3800 Howard Hughes Parkway 4th Floor
Las Vegas, NV 89109

YOUNG ELECTRIC SIGN COMPANY
775 E Glendale Ave
Sparks, NV 89431

BANK WYOMING
435 Arapahoe
Thermopolis, WY 82443-1232

Nevada Gaming Commission
Tax and License Dept.
6980 Sierra Center Parkway, Suite 120
Reno, NV 89511

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Special Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA 94612-5210