Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-11227
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for The Official Committee of General Unsecured
Creditors for Hi-Five Enterprises, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>WILD GAME NG, LLC, dba SIENA HOTEL SPA AND CASINO,<br><br>Debtor. | Case No. 10-48272<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that The Official Committee of General Unsecured Creditors for Hi-Five Enterprises, LLC ("Creditors Committee"), by and through its counsel Duane Morris LLP, hereby requests notice of all events relevant to the above-referenced bankruptcy case, and copies of all pleadings and documents filed in the above-referenced bankruptcy case, including but not limited to all pleadings or notices under Federal Rule of Bankruptcy Procedure 2002, and that such notices and pleadings be served to the following address:

> Aron M. Oliner
> Geoffrey A. Heaton
> Duane Morris LLP
> One Market Plaza
> Spear Street Tower, Suite 2200
> San Francisco, CA 94105-1127

Creditors Committee requests that it be added to the creditor matrix in the above-referenced bankruptcy case, care of the address set forth above.

Dated: August 16, 2010  **DUANE MORRIS LLP**

By: /s/ Aron M. Oliner (152373)
ARON M. OLINER
Attorneys for The Official Committee of
General Unsecured Creditors for
Hi-Five Enterprises, LLC