**Entered on Docket
October 08, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: October 01, 2010**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re Hi-Five Enterprises, LLC, ) | Case No.10-48268 |
| ) | Chapter 11 |
| Debtor. ) | (Jointly Administered 10-48272 and 10-48270) |
| ) | |
| _____ ) | |

**ORDER TRANSFERRING CASES TO DISTRICT OF NEVADA**

In accordance with the record established at a September 29, 2010 hearing on a *Motion to Transfer Venue* (doc. 41), the above-captioned jointly administered cases are hereby transferred to the United States Bankruptcy Court for the District of Nevada in Reno.

**IT IS SO ORDERED.**

\*\*END OF ORDER\*\*

COURT SERVICE LIST

All participants.