# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In re Debtor(s): | Case No.: 10–48272 RN 11 |
|---|---|
| Wild Game NG, LLC | Chapter: 11 |
| dba Siena Hotel Spa and Casino | |

### TRANSMITTAL MEMORANDUM FOR A TRANSFERRED CASE

Dear Clerk,

    An order has been entered directing the transfer of the below captioned case

From:
UNITED STATES BANKRUPTCY COURT
1300 Clay Street #300 (94612)
Post Office Box 2070
Oakland, CA 94604–2070
510–879–3600

To:
UNITED STATES BANKRUPTCY COURT
C.Clifton Young Federal Building
300 Booth Street
Reno, NV 89509

    Pursuant to that order the following are transmitted:

☑ Certified Copy Of Order Transferring Case

☑ Certified Copy Of Case Docket Sheet

☐ Copy of All Documents from file are on Disk

☑ Copy of This Transmittal Memorandum

Copy of all documents via e–mail

Dated: <u>10/12/10</u>    For the Court:

    Gloria L. Franklin
    Clerk of Court
    United States Bankruptcy Court

    Transferred by Deputy Clerk: Tracie Williams

    Please acknowledge receipt of the above checked items for the transferred case captioned and provide your new case number on the copy of this form. Return acknowledgment and new case number to:

United States Bankruptcy Court
1300 Clay Street #300 (94612)
Post Office Box 2070
Oakland, CA 94604–2070
510–879–3600

Received by Deputy Clerk:

District Code:

Office Code:

New CASE Number: